# UNITED STATES DISTRICT COURT

## District of Minnesota

Ahmed Farah Mohamed

Petitioner,

v.

Pamela Jo Bondi, Kristi Noem, Todd Lyons,
David Easterwood

Respondent(s).

**JUDGMENT IN A CIVIL CASE**

Case Number: 0:26-cv-00336-PJS-DJF

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's petition for habeas corpus [ECF No. 1] is GRANTED.

2. The Court DECLARES that petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2).

3. Respondents must immediately return petitioner to Minnesota and release him from custody, subject to the conditions of his November 4, 2022, Order of Release on Recognizance.

Date: 1/21/2026

KATE M. FOGARTY, CLERK